UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ARTHUR L. ADAMS

                                            Bankruptcy No **15-41510**
                                            Honorable SHAPERO
                                            Chapter **13**

      Debtor
_____/

*SATISFACTION OF PROOF OF*
*CLAIM#1 FILED BY WAYNE COUNTY TREASURER OFFICE*

On **February 11, 2015,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **ELEVEN THOUSAND SEVEN HUNDRED EIGHTY AND 80/100 ($11,780.80).** However, **said claim has been satisfied in whole.**

                                    Respectfully submitted:

                    By: /s/ *Rhonda Bradwell*
                               RHONDA BRADWELL
                               Office of the Wayne County Treasurer
                               400 Monroe, Suite 520
                               Detroit, MI  48226-2942
                               (313) 224-5987